

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*50 Main Street, Suite 1100*
*White Plains, New York 10606*

August 15, 2025

**By ECF and EMAIL**

The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, New York 10601

Re:   *United States v. Ricki Rickaline Gibbs, et al*, S1 25 Cr. 322 (KMK)

Dear Judge Karas:

The Government writes respectfully to request, out of an abundance of caution, an exclusion of time from today, August 15, 2025 through November 6, 2025, the date of the parties' next conference before the Court.

On August 4, 2025, the parties appeared before the Court for an initial appearance on the information in this case (the "Information"). At that time, the Court set a further status conference for November 6, 2025, and excluded time through that date. Yesterday, August 14, 2025, a Grand Jury in the Southern District of New York returned the above-referenced superseding indictment charging the defendant in seven counts, including one count of conspiracy to commit wire and mail fraud (the "Superseding Indictment").

*[continued on the next page]*

Page 2

Although time is already excluded with respect to the Information, out of an abundance of caution, the Government requests that time be excluded on the Superseding Indictment from August 15, 2025, to November 6, 2025, pursuant to 18 U.S.C. § 3161(h)(7)(A), so that the parties can produce and review discovery and discuss a potential resolution short of trial, as appropriate. The ends of justice served by the granting of the continuance requested outweigh the interests of the public and the defendant in a speedy trial. Defense counsel has consented to this request.

Respectfully submitted,

JAY CLAYTON
United States Attorney

by: _____
Benjamin L. Levander
Margaret N. Vasu
Assistant United States Attorney
(914) 993-1930/-1926

Granted. Time is excluded for the reasons noted herein and because the interests of justice from this exclusion outweigh Defendant's and the public's interests in a speedy trial. See 18 U.S.C. Section 3161(h)(7)(A).

So Ordered
8/15/25

cc:    Howard Tanner, Esq.