UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA

                                                      7:25CR00322-1

          -against-                      **ORDER**

RICKI GIBBS,

          Defendant.
-----------------------------------------------------------X

Kenneth M. Karas, United States District Judge:

      It is hereby ORDERED that the defendant's bail is modified to include the following condition of release:

      - Mental health evaluation and treatment as directed by Pretrial Services

Defendant consents to this modification.

Dated: New York, New York
          August  21 , 2025

                                                                     Kenneth M. Karas
                                                                     United States District Judge