**TANNER & ORTEGA, L.L.P.**
ATTORNEYS AT LAW
WWW.TANNERORTEGA.COM

HOWARD E. TANNER*
HUGO G. ORTEGA
*MEMBER OF N.Y., N.J. AND D.C. BAR

**NEW YORK CITY OFFICE**
299 BROADWAY
SUITE 1700
NEW YORK, NY 10007
OFFICE: (212) 962-1333
FAX: (212) 962-1778

**WHITE PLAINS OFFICE**
170 HAMILTON AVENUE
SUITE 300
WHITE PLAINS, NY 10601
OFFICE: (914) 358-5998
FAX: (212) 962-1778

December 26, 2025

Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
United States District Courthouse
300 Quarropas Street
White Plains, NY 10601

BY ECF AND EMAIL/PDF

Re:   United States v. Ricki Rickaline, 25 Cr. 322 (KMK)
      Correction of Defense Sentencing Letter

Dear Judge Karas:

      The Government correctly noted in their Defense Sentencing submission filed today, (ECF Doc No. 68), that my Defense Sentencing Letter requested a time-served, 21-month term of imprisonment (ECF Doc No. 67 at 4). I write to the Court to submit a corrected Sentencing Letter because the aforementioned request, now deleted in the corrected version, was submitted in error and was never intended to be included in the letter (the defendant, on pretrial release, previously served 40 days in jail, not 21 months). Consistent with my position throughout the rest of my original submission, my request was for "a well-below Guidelines range sentence, even if with a term of confinement, which would not preclude [the defendant's] ability to continue her education, provide service to her community and obtain employment to allow her to make restitution to the victims." (*Id.* at 8). Again, I did not mean to state that the Court should impose any specific term of imprisonment, if at all, and certainly not 21 months' imprisonment.

      My sincere apologies to the Court and the Government for my error.

Very truly yours,

Tanner & Ortega, L.L.P.

Howard E. Tanner

cc:   AUSA Benjamin Levander (By ECF and Email/PDF)
      AUSA Margaret Vasu (By ECF and Email/PDF)