

# Bedford Central School District

*Inspiring and Challenging Our Students*



Mary Harrison
*Principal, Fox Lane Middle School*
*mharrison0486@bcsdny.org*
*(914) 241-6144*

Amanda Gerber
*Assistant Principal, Fox Lane Middle School*
*agerber2981@bcsdny.org*
*(914) 241-6077*

Timothy Montalvo
*Assistant Principal, Fox Lane Middle School*
*tmontalvo5119 @bcsdny.org*
*(914) 241-6106*

David LLanos
*Assistant Principal, Fox Lane Middle School*
*tmontalvo5119 @bcsdny.org*
*(914) 241-6125*

October 30, 2025

**To Whom It May Concern:**

It is my pleasure to recommend **Ricki Gibbs**, whom I had the privilege of teaching in the Human Services program at **The College of Westchester**. Throughout my time working with Ricki, she consistently demonstrated professionalism, empathy, and a strong commitment to learning—qualities that will serve her well in any role within the helping professions.

Ricki's coursework and class participation reflected a deep interest in understanding human behavior and the cognitive, emotional, and social factors that influence people's lives. She approached each assignment thoughtfully, applying both theory and practical insight drawn from her professional experiences in healthcare and patient care. Her reflections often revealed a strong sense of compassion, ethical awareness, and a genuine desire to improve the well-being of others.

In addition to her academic strengths, Ricki brings extensive hands-on experience working in health and human services. Her work as a **Dialysis Technician** at DaVita Kidney Care and as a **Nursing Assistant** in both hospice and Alzheimer's care settings has honed her communication skills, patience, and emotional intelligence. These experiences, coupled with her studies in Human Services and Psychology, have prepared her to bridge clinical knowledge with human-centered care.

What stands out most about Ricki is her empathy and professionalism. She consistently displays a calm, grounded presence that puts those around her at ease. Whether working with vulnerable patients or collaborating with peers, she brings integrity, reliability, and compassion to every interaction.

I am confident that Ricki will bring the same dedication and excellence to any future position or program she pursues. She has my highest recommendation. Please feel free to contact me at **timothymontalvo@gmail.com** or **(914) 619-7300** if you require further information.

Sincerely,


**Timothy Montalvo**
 Adjunct Professor, Human Services Department
 The College of Westchester

**Bedford Central School District**
*Inspiring and Challenging Our Students*





International Headquarters
5 Kent Avenue
White Sands Beach P.O.
Montego Bay, St. James
Jamaica, W.I.
Tel: 979-2648

US Headquarters
2124 Woodcliff Ave S.E.
Grand Rapids, MI 49546
Tel: 603-238-2970



**www.jamaicalink.org**          **info@jamaicalink.org**

6th October 2025

**TO WHOM IT MAY CONCERN**

**Re: Ricki Rickaline Gibbs,**

I am writing to wholeheartedly recommend Ricki Rickaline Gibbs as a Person that seeks to faithfully follow the Lord Jesus Christ. I have had the privilege of knowing Ricki for approximately 5 years as a valued member of our church community.

During this time, I have witnessed her grow in her faith, demonstrating a deep commitment to following Jesus Christ. Her character reflects the love and teachings of our Lord, and she consistently exhibits Christlike qualities such as kindness, compassion, and humility.

Ricki is a respectful individual and has been actively involved in our church community, using her gifts and talents to serve others and volunteers outside of the church. She has been a source of encouragement and support to many, and her presence has been a blessing to our congregation. Her absence since returning to the States has created a great void.

I confidently recommend Ricki to you, knowing that she will be a positive influence and a faithful representative of our Lord Jesus Christ. If you have any further questions, please do not hesitate to contact me at dave@jamaicalink.org.

Sincerely,

_____
Rev. Hector J. Falconer, M.A.

October 11, 2025


TO WHOM IT MAY CONCERN


<u>**Re: Ms Rickeisha Gibbs**</u>


This is to confirm that during the months of May to July 2023 Ms. Gibbs was a volunteer on a Community based project in Flanker, St James, Jamaica of which I was the Case Manager.

This project dubbed – Supporting Youth Development through Positive Youth Engagements (SYD-PYE) is a youth-centered project that focuses on addressing some of the most pressing risk factors for crime and violence to which young people in at risk communities  are exposed to daily. The overall aim is to strengthen the resilience of young people against these risk factors by providing direct support through the project to support the adoption of critical life skills, support for positive youth connections to schools, other state institutions, their communities and to work.

During that time Ms. Gibbs dedicated her time, efforts and initiative to the various activities and demands of the project.  She interacted and bonded well with the youths and children who were a part of this project.  Her support to me as Case Manager and the team on whole was invaluable as she was passionate in working with children who were less fortunate.  She was a team player and serves the team with dignity.


Should you require additional information, feel free to reach out to the undersign at josenadz@gmail.com or 876-397-3767

Yours truly




Nadine Hines-Falconer
Case Manager,former
SYD/PYE



# THE FOCUS FORWARD PROJECT, INC.

P.O. Box 2892, Church St. Station, New York, NY 10008-2892 | Tel: (347) 619-2080 | info@focusforwardproject.org

**Pamela T. Miller**
*Executive Director*

**BOARD OF
DIRECTORS**

Anne Patterson Finn
*Chairperson*

Amy Finzi

Alexandra Katz

Alexandra Keeling

Justine Kentla

Joel Putnam

Catalina Rappaport

**EMERITUS BOARD
MEMBERS**

The Honorable
Barbara S. Jones

Fiona Doherty

Jose Maldonado

Deirdre von Dornum

**September 12, 2025**

Hon. Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas St.
White Plains, NY 10601-4150

Dear Judge Karas:

We, Parker Hovis and Megan Rodriguez, write in our capacity as volunteer facilitators of the Focus Forward Project in support of Ricki Gibbs, who recently completed a Focus Forward class in June 2025. The Focus Forward Project is a nonprofit organization dedicated to providing an educational curriculum focused on reentry for individuals charged with federal crimes. It is currently in its 14th year and has impacted the lives of hundreds of individuals in positive and uplifting ways.

Our classes are offered for people who are incarcerated and those under pretrial supervision. The 13-week course is designed to provide both an intellectual and emotional outlet for participants as they navigate the stress and uncertainty of the pretrial phase of their federal cases. The class meets once a week for two hours and fifteen minutes, and participants complete weekly reading, journal, and other homework assignments. The first half of each class is spent discussing and connecting with themes in *The Bite of the Mango*, a memoir by Mariatu Kamara with Susan McClelland about her experiences surviving the Sierra Leone civil war. The second half of each class focuses on life skills, highlighting a different skill each week. Classes for individuals who are not incarcerated are conducted virtually, while in-person classes are provided for those detained at the Metropolitan Detention Center.

By the end of the course, participants will have gained a variety of transferable skills and tools, including, but not limited to: a completed resume, job interview skills, conflict resolution techniques, public speaking practice, and the ability to set both short and long-term goals. The goal of The Focus Forward Project is to provide participants with the confidence and practical tools to successfully move forward with their lives.

Ricki's presence in our class was palpable and invaluable. Her curiosity about her classmates, passion for growth and learning, and dedication to our program enriched many of our discussions. Whether we were reflecting on *The Bite of the Mango*, life skills, or talking about our daily motivations, Ricki consistently offered thoughtful, constructive contributions. Ricki engaged deeply with Mariatu's story, frequently connecting it to her own childhood and sharing those reflections with a sincerity and vulnerability that is rare to find today. Even on days when she felt sad, tired, or frustrated, Ricki always showed up and fully embraced the community that Focus Forward provided. She was a true dream to have in class: an active listener who reflected deeply on herself, the world around her, and the people she shared space with. Ricki was one of the most impressive, kind, and intelligent Focus Forward participants that we have had the privilege to meet.

Ricki often spoke about her grandmother, whose strength in raising five daughters and fourteen grandchildren as a single mother continues to inspire her. Taking from her grandmother's example, Ricki told us that she is determined to build a life dedicated to the care and service of others. Taking great pride in her work as a dialysis technician, Ricki would regularly share how privileged she felt to spend time with her patients and have the opportunity to care for them. When we discussed goal setting one week, Ricki detailed her aspirations to complete nursing school, start a family, and continue her ethos of care for others.

Throughout our time together, Ricki demonstrated herself to be both incredibly reflective about her past, and firmly focused on her future. She has expressed genuine remorse for the choices that led to her current situation, recognizing how they disrupted her path and harmed others. Yet she remains optimistic, committed to moving forward, and determined to succeed. We share that optimism and have every confidence that, if given the opportunity, Ricki will continue to achieve her goals and dedicate herself to caring for others.

We appreciate the time Your Honor has taken to read our letter. If you have any questions, please feel free to contact our supervisors at the Focus Forward Project by phone or email: (347) 619-2080 or info@focusforwardproject.org.

Respectfully,

Megan Rodriguez
Focus Forward Project
Class Facilitator

Parker Hovis
Focus Forward Project
Class Facilitator