Ricki Rickaline Gibbs

140 Donizetti Pl Apt 9B

Bronx New York 10475

11/10/2025


Honorable Kenneth M. Karas

United States District Judge

300 Quarropas St Suite 154

White Plains, NY 10601


Dear Judge Karas,

I want to begin by expressing my deepest regret for the pain I have caused the victims. I am truly sorry for my actions, and I carry the weight of this remorse every single day. I am not here to make excuses, but I ask you to see me beyond the accusations and understand who I really am.

I am not someone who seeks to harm or take advantage of others. I come from humble beginnings and have faced many challenges, but my life has been shaped by the unwavering love of my grandparents, who raised me after my mother passed away when I was just four years old. I made a solemn promise to care for them as they grew older, and I am grateful that I was able to fulfill that promise. Their love taught me to care deeply for others, especially the elderly. This compassion led me to devote myself to working in dialysis centers, nursing homes, and rehabilitation facilities. I've saved my own money to provide food to seniors in my community and even organized efforts to feed the elderly during the hardest days of the pandemic. These acts of kindness give my life meaning and purpose.

My dream has always been to ease the burdens that come with aging. I have spent years comforting hospice patients and witnessing the pain their families endure. I wanted nothing more than to be a source of comfort and hope in their most vulnerable moments, sharing the love I was so fortunate to receive. I have lived in senior citizens' homes all my life and have never taken advantage of anyone. I have been around people from all walks of life, including the wealthiest environments, and all I ever wanted was to give love and care to someone else's parents and grandparents.

Since August 1, 2023, I have not known peace. I wake every morning haunted by the consequences of my poor judgment—a judgment clouded by lies I once believed. Anxiety grips me constantly; thinking about the victim makes me physically ill. I am tormented by the knowledge that someone suffers because of my role in this. At night, I tremble before sleep, and I am filled with dread when I see an elderly person or hear a call from an unknown number. Though I am free, I am trapped in a prison of my own making—haunted by memories of confinement, the cold metal of my restraints, and the chaos of jail life. While I was in jail, [REDACTED] Your Honor, the suffering was unbearable on every level. Two people who meant the world to me passed away just before this happened, and I ache for the chance to speak with them again and find hope.

Just when I thought my challenges couldn't deepen, Hurricane Melissa struck and devastated Jamaica beyond recognition. Many of my family members have been left without access to food, electricity, and water for weeks now. They are barely surviving, and it breaks my heart that I am powerless to assist them in their time of need.

I have been careful to follow all the rules set by the court, showing my commitment to abiding by the law and demonstrating my responsibility. I humbly ask you, the one with the power to shape my future, to show mercy. I accept responsibility for what I've done and am willing to face punishment—anything but prison. [REDACTED] and pursuing my education. School has always been my refuge and my path forward. After the darkest years of my youth, it remains the light that guides me. I am on the cusp of graduating, and I want to continue healing, growing, and giving back to the community I once harmed.

Prison would undo all the progress I have made over the past two years. I am still recovering from 40 days behind bars, and I cannot imagine enduring that again without losing myself completely.

Thank you for taking the time to hear my story. I hope you can see beyond my mistakes to the real me—Ricki Gibbs—a young woman pleading for a chance to rebuild her life, to not be abandoned by the justice system, and to move forward toward a better future.

Respectfully,  Ricki Gibbs