UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

UNITED STATES OF AMERICA

      - v. -

RICKI RICKALINE GIBBS,

         Defendant.

------------------------------------- x

   :   **CONSENT PRELIMINARY ORDER
OF FORFEITURE/
MONEY JUDGMENT**

   :   S1 25 Cr. 322 (KMK)

WHEREAS, on or about August 14, 2025, RICKI RICKALINE GIBBS (the "Defendant"), was charged in a seven-count Superseding Indictment, S1 25 Cr. 322 (KMK) (the "Indictment"), with conspiracy to commit wire fraud and mail fraud, in violation of Title 18, United States Code, Sections 1349 (Count One); wire fraud, in violation of Title 18, United States Code, Sections 1343 and 2 (Count Two); mail fraud, in violation of Title 18, United States Code, Sections 1341 and 2 (Count Three); conspiracy to commit money laundering, in violation of Title 18, United States Code, Section 1956(h) (Count Four); conspiracy to receive stolen money, in violation of Title 18, United States Code, Section 371 (Count Five); and false statements, in violation of Title 18, United States Code, Section 1001(a)(2) (Counts Six and Seven);

WHEREAS, the Indictment included a forfeiture allegation as to Counts One, Two, Three, and Five of the Indictment, seeking forfeiture to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), of any and all real or personal property that constitutes or is derived from proceeds traceable to the offenses charged in Counts One, Two, Three, and Five, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of the offense charged in Counts One, Two, Three, and Five of the Indictment;

WHEREAS, on or about September 3, 2025, the Defendant pled guilty to Count One of the Indictment, pursuant to a plea agreement with the Government, wherein the Defendant admitted the forfeiture allegation with respect to Count One of the Indictment and agreed to forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C), a sum of money equal to $1,018,703 in United States currency, representing the proceeds traceable to the commission of the offense charged in Count One of the Indictment;

WHEREAS, the Defendant consents to the entry of a money judgment in the amount of $1,018,703 in United States currency, representing the amount of proceeds traceable to the offense charged in Count One of the Indictment that the Defendant personally obtained; and

WHEREAS, the Defendant admits that, as a result of acts and/or omissions of the Defendant, the proceeds traceable to the offense charged in Count One of the Indictment that the Defendant personally obtained cannot be located upon the exercise of due diligence.

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by its attorney Jay Clayton, United States Attorney, Assistant United States Attorneys Benjamin L. Levander and Margaret N. Vasu, of counsel, and the Defendant and his counsel, Howard E. Tanner, Esq., that:

1. As a result of the offense charged in Count One of the Indictment, to which the Defendant pled guilty, a money judgment in the amount of $1,018,703 in United States currency (the "Money Judgment"), representing the amount of proceeds traceable to the offense charged in Count One of the Indictment that the Defendant personally obtained, shall be entered against the Defendant.

2. Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Consent Preliminary Order of Forfeiture/Money Judgment is final as to the Defendant RICKI

RICKALINE GIBBS, and shall be deemed part of the sentence of the Defendant, and shall be included in the judgment of conviction therewith.

3. All payments on the outstanding money judgment shall be made by postal money order, bank or certified check, made payable, in this instance, to the United States Marshals Service, and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Illicit Finance and Money Laundering Unit, 26 Federal Plaza, 38th Floor, New York, New York 10278 and shall indicate the Defendant's name and case number.

4. The United States Marshals Service is authorized to deposit the payments on the Money Judgment into the Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

5. Pursuant to Title 21, United States Code, Section 853(p), the United States is authorized to seek forfeiture of substitute assets of the Defendant up to the uncollected amount of the Money Judgment.

6. Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas.

7. The Court shall retain jurisdiction to enforce this Consent Preliminary Order of Forfeiture/Money Judgment, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

8.    The signature page of this Consent Preliminary Order of Forfeiture/Money

Judgment may be executed in one or more counterparts, each of which will be deemed an original

but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

JAY CLAYTON
United States Attorney for the
Southern District of New York

By: _____          9/3/2025
BENJAMIN L. LEVANDER                           DATE
MARGARET N. VASU
Assistant United States Attorneys
50 Main Street, Suite 1100
White Plains, NY 10606
(914) 993-1926/-1930

RICKI RICKALINE GIBBS

By: _____          09/8/2026
RICKI RICKALINE GIBBS                          DATE

By: _____          9/3/25
HOWARD E. TANNER, ESQ.                         DATE
Attorney for Defendant
277 Broadway, Suite 1701A
New York, NY 10007

SO ORDERED:

_____              1/7/26
HONORABLE KENNETH M. KARAS                     DATE
UNITED STATES DISTRICT JUDGE